# UNITED  STATES  DISTRICT  COURT

# SOUTHERN  DISTRICT  OF  GEORGIA

# SAVANNAH  DIVISION

|  |  |  |
|---|---|---|
| BRUCE BERNARD TOWNSEND, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No.  CV410-287 |
| | ) | CR498-106 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>O R D E R</u>

Bruce  Bernard  Townsend  has  filed  a  28  U.S.C.  §  2255  motion challenging this Court's revocation of his supervised release.  CR498-106, doc. 807.[1]  After  the  government  moved  to  dismiss,  the  Court  directed further  briefing.    Doc.  835.    But  the  Court  also  paused  to  note Townsend's  "Judicial  Notice"  filing,  where  he  complained  that  prison officials have discriminated against him by failing to provide him with a diet that conforms to his religious beliefs.  Doc.  829.  The Court denied that "Notice" as frivolous.  Doc. 835 at 2 n. 3.

Now  Townsend  moves  for  "Judgment  on  §  2255"  on  the  same

---

[1]  The Court is citing only to the criminal docket and using its docketing software's pagination; it may not always line up with each paper-document's printed pagination.

religious-discrimination claim.  Doc. 836.  The motion is **DENIED** as frivolous.  Townsend obviously doesn't want to incur the $350 filing fee expense of filing a separate civil case to redress his religious-discrimination claim.  So, he's resorted to trying to slip it in here, an action which costs him nothing.

He is wasting this Court's time.  He will be sanctioned if he continues to do so (among other things, the Court can advise that his § 2255 motion be dismissed with prejudice as a contempt sanction).

**SO ORDERED** this   22nd   day of May, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2